

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00124-CV

| | | |
|---|---|---|
| RICHARD ROGERS & RRK REAL ESTATE INVESTMENTS & HOLDINGS, LLC, Appellants | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-303257-18) |
| V. | § | September 26, 2019 |
| SOLEIL CHARTERED BANK, Appellee | § | Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and that the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Soleil Chartered Bank shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
Justice Dabney Bassel